Ryan A. Hamilton, Esq.
Nevada Bar No. 11587
HAMILTON LAW
5125 S. Durango, Suite C
Las Vegas, NV 89113
Phone: (702) 818-1818
Fax: (702) 974-1139
Ryan@hamlegal.com
Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br>William Alvear and Elizabeth Alvear,<br>Debtor(s).<br><br>William Alvear and Elizabeth Alvear,<br><br>　　　Plaintiffs,<br>v.<br><br>MZK Residential, LLC, Ocwen Loan Servicing, LLC, Western Progressive, LLC, and Greenpoint Mortgage Funding, Inc., DOES 1-20; and ROE Corporations I-X, inclusive,<br><br>　　　Defendants. | **Case No. 12-13444-MKN**<br>**Chapter 11**<br><br>*Adv. Proc. No.:* _____ |

## ADVERSARY COMPLAINT

1. This is a core proceeding under 28 U.S.C. § 157.

2. Debtors filed a Chapter 11 bankruptcy on March 24, 2012, in the United States Bankruptcy Court, District of Nevada, Case No. 12-13444-MKN (the "Bankruptcy").

3. Defendant MZK Residential, LLC is a Nevada corporation and may be served with process through its registered agent, Travis K. Twitchell, 3137 E. Warm Springs Road, Ste. 100, Las Vegas, Nevada 89120.

4. Defendant Ocwen Loan Servicing, LLC is a foreign (non-Nevada) corporation and may be served with process through its registered agent, CSC Services of Nevada, Inc., 2215-B Renaissance Drive, Las Vegas, Nevada 89119.

5. Defendant Western Progressive, LLC is a foreign (non-Nevada) corporation and may be served with process through its registered agent, The Corporation Trust Company of Nevada, 701 S. Carson Street, Ste. 200, Carson City, Nevada 89701.

6. Defendant Greenpoint Mortgage Funding, Inc. is a foreign (non-Nevada) corporation and may be served with process through its registered agent CSC Services of Nevada, Inc., 2215-B Renaissance Drive, Las Vegas, Nevada 89119.

**7.** That the true names or capacities, whether individual, corporate, association or otherwise, of Defendants DOES 1 through 100, and ROE CORPORATIONS I through X, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names. DOES 1 through 100, and ROE CORPORATIONS I through X are responsible in some manner for the events and happenings referred to and caused damages proximately to the PLAINTIFFS as herein alleged, and that PLAINTIFFS will ask leave of this Court to amend their Complaint, to insert the true names and capacities of DOES 1 through 100, and ROE CORPORATIONS I through X, when the same have been ascertained and to join such Defendants in this action.

8. In the Bankruptcy, the Court issued an Order confirming a Plan of Reorganization (Dkt. #232).

9. The Order of Reorganization reorganized the debts owing on four of the Debtors' properties, including their property located at 2001 Cordova Street, Las Vegas, NV 89104 (the "Cordova Street Property").

10. Pursuant to the Order of there was a secured claim in favor of

2

Greenpoint Mortgage Funding Trust in the amount of $80,000.00 and unsecured claim in the amount of $189,640.33.

11. In addition, pursuant to the Order of Reorganization, the Note for the Cordova Street Property was modified with a new principal balance of $80,000.00, a fixed interest rate of 5.25%, and a 30-year amortization.

12. The Order of Reorganization required Debtors to make principal and interest payments of $492.57 beginning May 1, 2013. Debtors were to make to GMAC Mortgage, LLC, ATTN: Payment Processing, 2451 Hammond Avenue, Waterloo, PA 19034.

13. Debtors' Bankruptcy closed on May 8, 2015 (Dkt. # 244).

14. Debtors continued making all required payments on the Cordova Street Property.

15. After the close of the Bankruptcy, Debtors received notice to start making their payments on the Cordova Street property to Defendant Ocwen Loan Servicing, LLC, as servicer for Defendant Greenpoint Mortgage Funding, Inc.

16. Ocwen refused to accept to Debtors' payments for the Cordova Street Property under the terms of the Order of Reorganization.

17. On October 6, 2016, Defendant Western Progressive, LLC sold the Cordova Street Property at a foreclosure sale.

18. Defendant MZK Residential, LLC, purchased the Cordova Street Property at the foreclosure sale.

19. The foreclosure sale violated the terms of the Reorganization Order entered in Debtors' Bankruptcy.

20. Debtors did not receive notice of the foreclosure sale.

21. At the time of the foreclosure sale, Debtors were renting the Cordova Street property to tenants. Their tenants have now been evicted.

### First Claim of Relief

**Wrongful Foreclosure (As to Defendants Ocwen Loan Servicing, LLC, Western Progressive, LLC, and Greepoint Mortgage Funding, LLC)**

3

22. Debtors incorporate by reference, as if fully set forth herein, each and every allegation set forth in the preceding paragraphs and further alleges as follows:

23. On or about October 6, 2016, Defendants foreclosed on Debtors' property at 2001 Cordova Street, Las Vegas, NV 89104.

24. At the time Defendants foreclosed on Debtors' property, Debtors were were not in breach of any obligation that would have authorized Defendants to foreclose on the property.

## Second Claim for Relief

### Quiet Title (As to all Defendants)

25. Debtors incorporate by reference, as if fully set forth herein, each and every allegation set forth in the preceding paragraphs and further alleges as follows:

26. Defendants, by their wrongful actions, purported to divest Debtors of title to the property.

27. Debtors were current on their mortgage payments on the property at the time of the foreclosure sale.

28. Debtors claim to the property is superior to the claim of the purchasers at the foreclosure sale.

29. Debtors seek a reversal of the foreclosure sale with title to the property quieted in their names.

## Third Claim for Relief

### Civil Contempt (As to Defendants Ocwen Loan Servicing, LLC, Western Progressive, LLC, and Greepoint Mortgage Funding, LLC)

30. Debtors incorporate by reference, as if fully set forth herein, each and every allegation set forth in the preceding paragraphs and further alleges as follows:

31. Defendants had notice of the Bankruptcy Court's Reorganization Order.

32. Defendants violated the Bankruptcy Court's Reorganization Order by refusing

to accept Debtors' payments pursuant to the Reorganization and then foreclosing on the Cordova Street property.

33. As a result of Defendants' violations, Debtors are entitled to damages allowable under 11 U.S.C. 105, including compensatory damages, costs and attorney's fees.

## Jury Demand

Debtors demand a jury trial on all issues so triable.

WHEREFORE Debtors pray:

1) For an Order quieting title in their name to the property 2001 Cordova Street, Las Vegas, Nevada 89104;

2) For an Order setting aside the foreclosure sale 2001 Cordova Street, Las Vegas, Nevada 89104;

3) For an award of compensatory damages, costs and reasonable attorney's fees arising out of Defendants' conduct alleged herein; and

4) For all other just and proper relief.

Dated this 12th day of December, 2016.

Respectfully submitted,

/s/Ryan A. Hamilton
Ryan A Hamilton, Esq.
Attorney for Debtors